**Order entered April 29, 2020**



In the
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00460-CV

## IN RE MONTINE JANNETTE NYHAN, Relator

**Original Proceeding from the Probate Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. PR-19-03495-3**

## ORDER
Before Justices Whitehill, Pedersen, III, and Carlyle

Based on the Court's opinion of this date, we **DISMISS** relator's April 16, 2020 petition for writ of mandamus as moot.

/s/    CORY L. CARLYLE
       JUSTICE